IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
SEP 23 2003
Michael N. Milby, Clerk of Court

IN RE: §
§
RICHARD EDMUND SURGENT § CASE NO. 03-80806-H3-7
§ (Chapter 7)
Debtor §

**AGREED ORDER GRANTING TRUSTEE'S EXPEDITED MOTION TO COMPEL ATTENDANCE AT § 341(a) MEETING OF CREDITORS AND WRIT OF HABEAS CORPUS AND PROSEQUNDUM**

CAME ON for consideration the Trustee's Expedited Motion to Compel Attendance at § 341 (a) Meeting of Creditors and for Sanctions. The Court, after considering the agreement of the parties, is of the opinion that the Motion should be granted. It is therefore

**ORDERED that** RICHARD EDMUND SURGENT, M.D. is ordered to attend, if Debtor is still in custody, a § 341 (a) Meeting of Creditors to be held on the 25th day of September at 9: 00 a.m. in Courtroom 402 of the United States Bankruptcy Court located at 515 Rusk, Houston, Texas.

TO:   Sheriff, Matagorda County Sheriffs Office, Matagorda County, Texas

TO:   United States Marshal, Southern District of Texas, or any other duly authorized U.S. Marshal

GREETINGS:

We command that you have the body of Richard Edmund Surgent, white male, SSN 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, DOB 4/18/38, now duly committed to the custody of the Matagorda County Jail, Matagorda County, Texas, under safe and secure conduct before Robbye R. Waldron, Chapter 7 Trustee, at Courtroom 402, 4th Floor of 515 Rusk, Houston, Texas, on the 25th day of September, 2003, at 9:00 a.m., there and at that time to appear for an I I U.S.C. § 341(a) Meeting of Creditors in the

above-styled and numbered case, and after all proceedings have been disposed of, that you return him to the Matagorda County Jail, Matagorda County, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Letitia Clark, United States Bankruptcy Judge for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 23rd day of September, 2003.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND CONTENT
AND ENTRY REQUESTED:

WALDRON & SCHNEIDER, L.L.P.

_____
David W. Anderson
SBN 01174350
15150 Middlebrook Drive
Houston, TX 77058
Phone: (281) 488-4438
Fax: (281) 488-4597
Attorney for Trustee

_____
T. Frederick Jones, III
SBN 10974400
770 S. Post Oak Lane, Suite 550
Houston, TX 77056
Phone: (713) 827-9440
Fax: (713) 978-6624
Attorney for Debtor