UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 03-80806LH3-7 |
| Richard Edmund Surgent | § | CHAPTER 7 |
| Debtor | | |

### SECOND AMENDMENT TO SCHEDULE F

   Comes now, Richard Edmund Surgent and files the attached Second Amended Schedules F, which amend the Schedules filed on November 24, 2003. All changes have been marked in red ink.

   Dated: 11/26/2003

/s/ Thomas Frederick Jones, III
Thomas Frederick Jones, III
Texas Bar No. 10974400
770 South Post Oak Lane, Suite 550
Houston, Texas 77056
Telephone: (713)827-9440
Facsimile: (713)626-0667
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

   I hereby certify that on 11/26/2003, a true and correct copy of the foregoing was served on the debtor and the Chapter 7 trustee Robbye Waldron.

/s/ Thomas Frederick Jones,III
Thomas Frederick Jones, III

45X

In re:   Richard Edmund Surgent
         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

Case No. 03-80806-113-7

# Second Amended Schedule F Creditors Holding Unsecured Nonpriority Clais

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 1188045 Ontario Ltd Elks Bldg 117 E Falley St Prescott, AZ 86302 Tye C. Hancock Thompson & Knight, LLP 333 Clay St, #300 Houston, TX 77002-4499 | | NO | **Sale** of Congress Mine Interest | | 108,000.00 |
| ACCT. NO. Bank of Bermuda PO Box HM-1020 Hamilton, HM DX Bermuda | | NO | 1/31/2000 Credit Card | | 23,363.00 |
| ACCT. NO. ~~Bay City Ambulanco~~ | | NO | | | ~~700.00~~ |
| ACCT. NO. Gerald L. Bullock 200 RiverPointe, #104 Conroe, TX 77304 | | NO | | | 20,000.00 |
| ACCT. NO. Elam Service Ctr PO Box 602 Milwaukee, WI 53201 | | NO | 3/17/2000 Credit Card | | 21,966.00 |
| ACCT. NO. Vicky Kelems c/o **Mike Swaim** 14300 Cornerstone **Village** Houston, TX **77014-1265** | | NO | **Suit for personal injury** | **CONTINGENT UNLIQUIDATED DISPUTED** | **UNKNOWN** |
| ACCT. NO. Matagorda County General Hospital c/o Davis & Davis PO Box 1588 Austin, TX 78767 | | NO | Contract | | 50,000.00 |
| ACCT. NO. Matagorda County Hospital 1115 **Ave G** Bay City, **TX 77414** | | NO | | | 2,337.00 |
| ACCT. NO. Matagorda Emergency Group, LP PO Box 400 San Antonio, TX 76292 | | NO | | | 381.00 |

Subtotal " (Total of this page)     226,747.001

Amended Schedule F - Page 1 of 2

In re:   Richard Edmund Surgent   Case No. 03-80806-H3-7
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

# Second Amended Schedule F - Creditors Holding Unsecured Nonpriority Clam

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. George R. Neely 4503 Montrose Blvd Houston, TX 77006 | NO | | 2001 Attorney Fees | CONTINGENT UNLIQUIDATED DISPUTED | 300,000.00 |
| ACCT. NO. Russ Lyons Realty 8715 West Union Hill Ave Peoria, AZ 85382 | NO | | West Brook Realty | | 3,000.00 |
| ACCT. NO. Schumacher Group c/o Credit Bureau Services PO Box 2298 Conroe, TX 77305 | NO | | | | 257.00 |
| ACCT. NO. Cynthia Surgent c/o Bradley S. Shraiberg 515 North Flagler Dr, 6th Floor West Palm Beach, FL 33401 | NO | | Maintenance Payments | CONTINGENT UNLIQUIDATED DISPUTED | UNKNOWN |
| | | | | Subtotal H (Total of this page) | 303,257.00 |
| | | | | TOTAL | 530,004.001 |

DECLARATION CONCERNING DEBTOR'S SECOND AMENDED SCHEDULE(S) F
DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing Amended Schedule(s), consisting of 2 sheet(s), and that the said Amended Schedule(s) is (are) true and correct to the best of my knowledge, information and belief.

Date: 11/26/2003                              Signature: /s/ Richard Edmund Surgent
                                                          Richard Edmund Surgent, Debtor

Penalty for making a false statement or concealing property. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.