United States Courts
Southern District of Texas
ENTERED

APR 1 0 2007

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| RICHARD E. SURGENT, | ) CASE NO. 03-80806-G3-7 |
| | ) |
| Debtor, | ) |

ORDER

The court has considered the "Trustee's Emergency Motion to Strike Objection to Trustee's Second Motion to Approve Sale of Mining Interests and Request for Entry of Sale Order" (Docket No. 125), and the Order at Docket No. 108.

The objection to the Trustee's motion to sell, filed by U.S. American Resources, Inc. and John D. Owen (Docket No. 122) is stricken.

The "Trustee's Second Motion to Approve Sale of Mining Claims/Patents" (Docket No. 115) will be heard on April 13, 2007 at 12:00 p.m. (noon), in the 7th Floor Courtroom, 601 Rosenberg, Galveston, Texas. Counsel for Trustee and for objector Kyle Tauch shall file witness and exhibit lists, and serve them simultaneously on opposing counsel, before 12:00 p.m. (noon) on

April 12, 2007.

    SO ORDERED.

    Signed at Houston, Texas on this \_\_\_\_10\_\_\_\_ day of \_\_\_\_\_apr\_\_\_\_\_, 2007.

LETITIA Z. CLARK
UNITED STATES BANKRUPTCY JUDGE