IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RICHARD EDMUND SURGENT, | § § | CASE NO. 03-80806-G3-7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Robbye R. Waldron, Chapter 7 Trustee in the bankruptcy proceeding set out above, has submitted the *Trustee's Final Report Before Distribution* to the United States Trustee at 515 Rusk Street, Suite 3516, Houston, TX 77002, on the 22nd day of September, 2010, in compliance with this Court's Order.

SIGNED this 23rd day of September, 2010.

/s/ Robbye R. Waldron, Trustee
ROBBYE R. WALDRON, Trustee
SBN 20684000
University Park
15150 Middlebrook Drive
Houston, TX 77058
Tel: (281) 488-4438
Fax: (281) 488-4597